UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
CA ORGANIZASYON MATBAACILIK :
TURIZM REKLAM GIDA TIC. LTD. STI., :
:
                              Plaintiff, :
:
            -v - :
:
JPMORGAN CHASE BANK, N.A, :
:
                            Defendant. :
:
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

1:23-cv-6717-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

       On August 1, 2023, this action was removed from the Supreme Court of the State of New York, County of New York. Dkt. No. 2. On August 3, 2023, the Court ordered counsel for Plaintiff to promptly file a notice of appearance. Dkt. No. 9. Counsel for Plaintiff has failed to do so. The Court orders counsel for Plaintiff to comply with the Court's August 3, 2023 order forthwith.

       Counsel for Defendant is directed to serve a copy of this order on Plaintiff and file proof of service on the ECF docket. Counsel for Defendant is further directed to serve a copy of the Court's August 31, 2023 order scheduling a telephonic Pre-Motion Conference on Plaintiff and to retain proof of service.

       SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                  _____
                                                  GREGORY H. WOODS
                                                 United States District Judge