UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                  :

CA ORGANIZASYON MATBAACILIK   :
TURIZM REKLAM GIDA TIC. LTD. STI.   :
                                                                                  :             1:23-cv-6717-GHW
                                                         Plaintiff,  :
                                                                                   :                  ORDER
                                                            -v -                           :
                                                                                    :

JPMORGAN CHASE BANK, NA,  :
                                                                                   :
                                                     Defendant.  :
                                                                                   :
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2023

GREGORY H. WOODS, United States District Judge:

    During a telephone conference on September 8, 2023, Robert Shapiro, the attorney who filed the complaint in this action on behalf of Plaintiff in New York Supreme Court, State of New York, represented that he does not currently represent Plaintiff in this action and that Plaintiff is not represented by other counsel.

    Plaintiff is a corporation, and therefore may not proceed in this action *pro se*. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Pridgen v. Anresen*, 113 F.3d 391, 393 (2d Cir. 1997) ("[I]t is well established that a layperson may not represent a corporation."). If counsel for Plaintiff has not entered a notice of appearance by September 12, 2023, the Court will understand that Plaintiff has chosen to discontinue this litigation, and expects to dismiss the case for failure to prosecute.

    SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                                                        GREGORY H. WOODS
                                                                 United States District Judge