```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                   :

CA ORGANIZASYON MATBAACILIK  :
TURIZM REKLAM GIDA TIC. LTD. STI.,  :
                                                                   :       1:23-cv-6717-GHW
                                 Plaintiff,   :
               -against-   :       ORDER
                                                                       :
JPMORGAN CHASE BANK, N.A.,   :
                                  Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On September 8, 2023, the Court entered an order noting that Plaintiff was unrepresented in this matter. Dkt No. 14. The Court further noted that if no attorney entered an appearance on behalf of Plaintiff by September 12, 2023, the Court would understand that Plaintiff had chosen to discontinue this litigation and would dismiss the case for failure to prosecute. As of the date of this order, new counsel has not entered an appearance on behalf of Plaintiff. Accordingly, the action is dismissed without prejudice for failure to prosecute pursuant to F.R.C.P. 41(b).

      The Clerk of Court is directed to close this case and to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: September 13, 2023

_____
GREGORY H. WOODS
United States District Judge